# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00631-CR

**Travis Cole Basaldua, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
### NO. C-1-CR-09-215627, HONORABLE DAVID CRAIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Travis Cole Basaldua, proceeding pro se, seeks to appeal from the trial court's agreed order adjudging him incompetent to stand trial. *See* Tex. Code Crim. Proc. Ann. art. 46B.005 (West 2006). However, "[n]either the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling under Article 46B.005." *Id*. art. 46B.011 (West 2006).

We dismiss the appeal for want of jurisdiction.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   January 27, 2010

Do Not Publish